FLORENCE HYNES, as Administratrix, etc., of JAMES HARVEY HYNES, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs, upon authority of *Hynes* v. *New York Central R. R. Co.* (188 App. Div. 178). Jenks, P. J., Rich, Putnam and Kelly, JJ., concur; Jaycox, J., dissents.

In the Matter of the Arbitration between JACOB LANDES, Respondent, and HERMAN KRAUT, Appellant.— Judgment and order confirming arbitrators' award, and order denying motion to vacate and set aside award, unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

ABRAHAM MARCUS, Appellant, v. NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

H. MUELLER MANUFACTURING COMPANY, LIMITED, Respondent, v. PAUL WENGER, Appellant. (Appeal No. 2.) — Order denying motion for bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES DE MARCO, Appellant.— Judgment of conviction affirmed. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SIMONSON, Appellant.— Order of the County Court of Suffolk county affirmed. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SARAH SIMONSON, Appellant.— Order of the County Court of Suffolk county affirmed. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARA C. FULLER and Others, Respondents, v. JAMES W. TOMPKINS, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT S. PRIOR, Appellant, v. EDITH P. PRIOR, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

HENRY F. RISCH, Appellant, v. STAR COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Rich, Kelly and Jaycox, JJ., concur; Mills, J., not voting.

ALICE RYAN, an Infant, by DENIS RYAN, Her Guardian ad Litem, Respondent, v. HENRY REMMER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

FRANK VAN BUREN, an Infant, by His Guardian ad Litem, ALBERT VAN BUREN, Appellant, v. MAX SANDAK and HARRY M. SANDAK, Respondents.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.